**11 So.2d 165**

**Margaret THOMPSON v. Kate HEITER.**

**I Div. 177.**

Supreme Court of Alabama.
Oct. 27, 1942.

Wm. M. Bekurs, of Mobile, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.

■

**10 So.2d 56**

**Ex parte Jennie S. WATTS.**

**6 Div. 70.**

Supreme Court of Alabama.
Aug. 3, 1942.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and THOMAS, FOSTER, and LIVINGSTON, JJ., concur.

■

**8 So.2d 896**

**Bertha WELLS v. L. J. WELLS.**

**8 Div. 189.**

Supreme Court of Alabama.
May 21, 1942.

PER CURIAM.

Appeal dismissed for want of prosecution.

■

**11 So.2d 165**

**Lula WHITE et al. v. Ollie JONES.**

**4 Div. 224.**

Supreme Court of Alabama.
Nov. 5, 1942.

John C. Walters, of Troy, for appellants.
Oliver W. Brantley, of Troy, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

■

**8 So.2d 896**

**Grace H. WILKINSON, pro ami. et al. v. Edward H. WILKINSON, Jr. et al.**

**6 Div. 4.**

Supreme Court of Alabama.
May 29, 1942.

PER CURIAM.

Appeal dismissed on motion of appellants.